HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
LLOYD GEORGE KENNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:12-cr-00266 AWI-BAM-1 |
| Plaintiff, | STIPULATION TO VACATE TRIAL DATE AND SET FOR CHANGE OF PLEA;  ORDER |
| vs. | |
| LLOYD GEORGE KENNEY, | Date:  January 6, 2014<br>Time:  10:00 a.m. |
| Defendant. | Judge:  Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the motions and hearing set for December 23, 2013, and the jury trial date, currently scheduled for January 14, 2014, in the above-captioned matter may be vacated and that the case set for change of plea.  The request is made by both parties.  The basis for the request is that the parties anticipate a resolution.

IT IS FURTHER STIPULATED that the case be set for change of plea hearing on January 6, 2014, at 10:00 a.m.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, for effective defense preparation, and finalizing the plea agreement, pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(B)(i) and (iv).

/ / /

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: December 17, 2013        By: */s/ Michael S. Frye*
                                    MICHAEL S. FRYE
                                    Assistant U.S. Attorney
                                    Attorneys for Plaintiff


HEATHER E. WILLIAMS
Federal Public Defender

DATED: December 17, 2013        By: */s/ Marc Days*
                                    MARC DAYS
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    LLOYD G. KENNEY

# O R D E R

IT IS SO ORDERED. Time is excluded in the interests of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   December 17, 2013                    _____
                                              SENIOR DISTRICT JUDGE