1  Steven L. Crawford #166488
2  LAW OFFICE OF STEVEN L. CRAWFORD
   192 North 11th Street
3  Grover Beach, CA 93433
   Tel:805-458-6312
4  Fax:805-489-2001
   slcrawfordlaw@gmail.com
5  stevecrawfordlaw.com
6
7  Attorney for Defendant Lloyd Kenney
8
   # UNITED STATES DISTRICT COURT
9
   # FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12 UNITED STATES OF AMERICA,   )   Case No. 1:12CR00266 AWI
13                             )
14         Petitioner,          )   STIPULATION TO CONTINUE
                                )   STATUS HEARING
15     vs.                      )
                                )
16                             )
   LLOYD KENNEY,               )   Original Date:    Sept. 17, 2014
17                             )   Requested Date:   Sept. 24, 2014
18                             )
19         Defendant.           )
   _____ )
20
21 IT IS HEREBY STIPULATED by and between the parties in the above entitled
22
23 case, that the status hearing currently set for September 17, 2014 be continued to a
24 new date of September 24, 2014 at 1:30 pm.
25 ///
26
27 ///
28

Stipulation to continue status hearing
<u>United States of America v. LLOYD KENNEY</u>
Page 1

The basis for this stipulation is that defense counsel was appointed on September 10, 2014 and is unable to appear on the original status hearing date and it was agreed that a new status hearing date would be set. Defense counsel is in San Luis Obispo Court in the morning of the 17th and in Los Angeles the afternoon of the 17th. The parties stipulate that time will be excluded up to and including the new date for the status hearing.

DATED: September 12, 2014

                                            /s/Michael Frye
                                   MICHAEL FRYE
                                   AUSA

                                        /s/Steven L. Crawford
                                   STEVEN L. CRAWFORD
                                   Attorney for Lloyd Kenney

IT IS SO ORDERED.

   Dated: **September 12, 2014**        /s/ Barbara A. McAuliffe

                                       UNITED STATES MAGISTRATE JUDGE

Stipulation to continue status hearing
United States of America v. LLOYD KENNEY
Page 2