Steven L. Crawford #166488
LAW OFFICE OF STEVEN L. CRAWFORD
192 North 11th Street
Grover Beach, CA 93433
Tel:805-458-6312
Fax:805-489-2001
slcrawfordlaw@gmail.com
stevecrawfordlaw.com

Attorney for Defendant  Lloyd Kenney

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:12CR00266 AWI |
| | ) | |
| Petitioner, | ) | MOTION TO ALLOW DEFENSE |
| | ) | COUNSEL TO VIEW SEALED |
| vs. | ) | PORTIONS OF TRANSCRIPTS |
| | ) | AND ORDER |
| LLOYD KENNEY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

TO THE UNITED STATES DISTRICT COURT, JUDGE ANTHONY W. ISHII,

Defendant by and through his attorney Steven L. Crawford, do hereby request an

order from this Honorable Court allowing defense counsel to access the sealed

portions of hearings held on July 28, 2014, August 4, 2014 and September 8, 2014

before Magistrate Judge McAuliffe.

The basis for this request is that defense counsel was appointed on September 10, 2014 and has met with the defendant regarding these hearings. It is believed there is information in the hearings that will assist with the defense of this case and the direction the defense needs to go in this case.

DATED: October 20, 2014

      /Steven L. Crawford/
STEVEN L. CRAWFORD
Attorney for Lloyd Kenney

IT IS SO ORDERED:

Dated: **October 20, 2014**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE