Steven L. Crawford #166488
LAW OFFICE OF STEVEN L. CRAWFORD
192 North 11th Street
Grover Beach, CA 93433
Tel:805-458-6312
Fax:805-489-2001
slcrawfordlaw@gmail.com
stevecrawfordlaw.com

Attorney for Defendant  Lloyd Kenney

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. 1:12CR00266 AWI |
| ) | |
| Petitioner,  ) | MOTION TO MODIFY COURT |
| ) | ORDER ALLOWING DEFENSE |
| vs.  ) | COUNSEL TO PRODUCE |
| ) | SEALED TRANSCRIP TO |
| ) | DEFENDANT |
| ) | AND ORDER |
| LLOYD KENNEY,  ) | |
| ) | |
| ) | |
| Defendant.  ) | |
| _____ ) | |

TO THE UNITED STATES DISTRICT COURT, JUDGE ANTHONY W. ISHII, Defendant by and through his attorney Steven L. Crawford, do hereby request a modification of the order allowing defense counsel access to sealed portions of hearings held on July 28, 2014, August 4, 2014 and September 8, 2014 before Magistrate Judge McAulliffe.

Counsel is requesting a modification of the Court's order to allow defense counsel to provide a copy of the sealed transcript to the defendant. The basis for this request is that defense counsel was appointed on September 10, 2014 and has met with the defendant regarding these hearings. It is believed there is information in the hearings that will assist with the defense of this case and the direction the defense needs to go in this case. The defendant in this case is heavily involved with the preparation and defense of his case. The defendant needs to have access to the transcripts in order to assist his counsel with his defense.

DATED: December 4, 2014

        /Steven L. Crawford/
STEVEN L. CRAWFORD
Attorney for Lloyd Kenney

ORDER

IT IS SO ORDERED:

Dated:  **December 4, 2014**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE