UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street, Room 1501
Fresno, CA 93721




**FILED**

**DEC 03 2015**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

## ORDER AND RECEIPT FOR TRIAL EXHIBITS

**CASE NUMBER:**     <u>1:12-cr-00266-AWI-BAM</u>

**CASE NAME:**      <u>U.S.A. vs LLOYD GEORGE KENNEY</u>

Pursuant to Local Rule 138(f), the Court orders that custody of all exhibits used, referenced and/or admitted at trial be returned to the party who initially marked the exhibit, **irrespective of who used, referenced or admitted the exhibit at trial**.  The parties shall retrieve the original exhibits from the Courtroom Deputy following the verdict in the case.

The parties' counsel shall retain possession of and keep safe all exhibits until final judgment and all appeals are exhausted or the time for filing an appeal has passed.

IT IS SO ORDERED.

Dated:   <u>December 3, 2015</u>            _____
                                           SENIOR  DISTRICT  JUDGE

**DATE EXHIBITS RETURNED:**     <u>December 3, 2015</u>

**Govt Attorney:** <u>Michael Frye and Mia Giacomazzi</u>

**Govt Attorney Signature:** _____

**Govt Attorney Signature:** _____

**THE DEFENDANT DID NOT SUBMIT TRIAL EXHIBITS.**

This document certifies that the above referenced exhibits were returned.

**Date:**   <u>December 3, 2015</u>                _____
                                                  **RENEE GAUMNITZ**
                                                  **Courtroom Clerk**