Carlton F. Gunn
Attorney at Law
234 East Colorado Blvd., Suite 230
Pasadena, CA 91101
Telephone (626) 844-7660
Facsimile (626) 844-7670

Attorney for Defendant
LLOYD KENNEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff-Appellee,<br><br>vs.<br><br>LLOYD KENNEY,<br><br>      Defendant-Appellant. | NO. 12-cr-00266-AWI-BAM<br><br>ORDER FOR COPIES OF TRANSCRIPTS OF SEALED PROCEEDINGS |

## **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sealed portions of the transcripts for the hearings held on May 5, 2014, July 28, 2014, August 4, 2014, September 8, 2014, July 27, 2015, and January 19, 2016 shall be unsealed as to defendant's counsel only and provided to defendant's counsel only for purposes of evaluating their relevance to potential appellate issues.

IT IS SO ORDERED.

Dated:  April 6, 2016                                 _____
                                                                        SENIOR DISTRICT JUDGE