Carlton F. Gunn
Attorney at Law
234 East Colorado Blvd., Suite 230
Pasadena, CA 91101
Telephone (626) 844-7660
Facsimile (626) 844-7670

Attorney for Defendant
LLOYD KENNEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Appellee,<br><br>　vs.<br><br>LLOYD KENNEY,<br><br>　　　　Defendant-Appellant. | NO. 12-cr-00266-AWI-BAM<br><br>ORDER FOR COPIES OF TRANSCRIPTS OF SEALED PROCEEDINGS |

### **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sealed portion of the transcript for the hearing held on November 24, 2014 shall be unsealed as to defendant's counsel only and provided to defendant's counsel only for purposes of evaluating their relevance to potential appellate issues.

IT IS SO ORDERED.

Dated:  April 21, 2016　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE