Carlton F. Gunn
Attorney at Law
234 East Colorado Blvd., Suite 230
Pasadena, CA 91101
Telephone (626) 844-7660
Facsimile (626) 844-7670

Attorney for Defendant
LLOYD KENNEY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff-Appellee,<br><br>   vs.<br><br>LLOYD KENNEY,<br><br>          Defendant-Appellant. | NO. 12-cr-00266-AWI-BAM<br><br>ORDER FOR COPIES OF<br>TRANSCRIPTS OF SEALED<br>PROCEEDINGS |

## **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sealed portions of the transcript for proceedings on December 1, 2015, December 2, 2015, and December 3, 2015 shall be unsealed as to defendant's counsel only and provided to defendant's counsel only for purposes of evaluating their relevance to potential appellate issues.

IT IS SO ORDERED.

Dated:   May 2, 2016                             

                    SENIOR DISTRICT JUDGE