# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD GEORGE KENNEY,<br><br>Petitioner<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent | CASE NO. 1:12-CR-0266 AWI<br><br>ORDER FOR RESPONDENT TO FILE A RESPONSE TO PETITIONER'S 28 U.S.C. § 2255 PETITION |

On May 14, 2019, Petitioner through counsel filed a petition under 28 U.S.C. § 2255. Petitioner seeks to have his sentence vacated and to be resentenced due to ineffective assistance of counsel and *Johnson v. United States*, 135 S.Ct. 2551 (2015). After review, the Court finds that it is appropriate for the United States to file a response to the petition.

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one (21) days of service of this order, Respondent shall file a response to Petitioner's § 2255 petition;
2. Within fourteen (14) days of service of the Respondent's response, Petitioner shall file a reply; and
3. If, after receiving the additional briefing, the Court determines that a hearing or other proceeding is necessary, the Court will issue an appropriate order at that time.

IT IS SO ORDERED.

Dated: __June 10, 2019__         _____
                                            SENIOR  DISTRICT  JUDGE