# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LLOYD GEORGE KENNEY,**<br><br>Petitioner<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Respondent | **CASE NO. 1:12-CR-0266 AWI**<br><br>**ORDER FOR THE UNITED STATES TO FILE A SUR-REPLY** |

On July 15, 2019, Petitioner through counsel filed a reply to the United States' opposition to his 28 U.S.C. § 2255 petition. See Doc. No. 172. After further review, the Court finds that it would be beneficial for the United States to file a sur-reply. Although the Court will not limit the scope of the sur-reply, the sur-reply shall particularly address Section II of Petitioner's Reply (pages 6 to 11).

Accordingly, IT IS HEREBY ORDERED that, within twenty-one (21) days of service of this order, Respondent shall file a sur-reply to Petitioner's Reply.[1]

IT IS SO ORDERED.

Dated: August 21, 2019   _____
                          SENIOR DISTRICT JUDGE

---

[1] If, following the filing of the sur-reply, Petitioner wishes to file a response, he may file a request with the Court for permission to file a further response that explains why further briefing would be beneficial.