McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CR-00266 AWI |
| Plaintiff, | |
| v. | STIPULATION TO EXTEND TIME FOR GOVERNMENT'S SUR-REPLY TO DEFENDANT'S MOTION TO REDUCE SENTENCE AND ORDER THEREON |
| LLOYD GEORGE KENNEY, | |
| Defendant. | |

      The United States of America, by and through McGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, and the defendant Lloyd George KENNEY, by and through his attorney, CAROLYN M. WIGGIN, hereby stipulate to extend the time for the government's filing of its response to the defendant's motion until October 25, 2019.

///
///
///
///
///
///
///
///

Government counsel was recently assigned to case and requires additional time to prepare the government's response. In light of this extension, the defendant's sur-reply shall similarly be extended to November 15, 2019.

Dated: March 14, 2018

Respectfully,

McGREGOR W. SCOTT
United States Attorney

/s/ _____
KATHLEEN A. SERVATIUS
Assistant United States Attorney

Dated: October 11, 2019

/s/ *Carolyn M. Wiggin*
CAROLYN M. WIGGIN, Attorney for Lloyd Kenney

**ORDER**

IT IS SO ORDERED.

Dated: __October 15, 2019__

_____
SENIOR DISTRICT JUDGE