# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD GEORGE KENNEY,<br><br>Petitioner<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent | CASE NO. 1:12-CR-0266 AWI<br><br>ORDER GRANTING THE UNITED STATES' REQUEST FOR ADDITIONAL TIME TO FILE SUR-REPLY<br><br>(Doc. No. 180) |

On May 14, 2019, Petitioner through counsel filed a petition under 28 U.S.C. § 2255. Petitioner seeks to have his sentence vacated and to be resentenced due to ineffective assistance of counsel and *Johnson v. United States*, 135 S.Ct. 2551 (2015).

On August 21, 2019, the Court ordered the government to file a sur-reply. The parties stipulated to three extensions of time for the government to file its sur-reply.

On November 3, 2019, the government requested yet another extension, this time based on recently located state court records involving a conviction. See Doc. No. 180. The government requests that its sur-reply be due on November 12, 2019, which will give the government sufficient time to review and possibly utilize the state court documents. See id.

Petitioner opposes the request. See Doc. No. 181. Petitioner notes the extensions of time that have been previously granted. See id. Petitioner also notes that if his petition is successful, he will likely be resentenced to 125 months, which will yield a potential release date of March 25, 2021. See id. Because of the prior extensions and the possible benefits of his petition, as well as the failure of the government to explain why the additional state court documents are necessary, Petitioner requests that the government be ordered to file its sur-reply in 2 business days. See id.

After consideration, the Court will grant the United States' request.  The difference between ordering the government to file a sur-reply within two business days and granting the government's request of a November 12 deadline is five days.  Even if Petitioner is successful and his resentencing yields a release date of March 25, 2021, that release date is still approximately 15 months away.  The five day difference will not materially affect Petitioner if he is ultimately successful in this petition.  However, the Court is cognizant of the fact that there have been a number of extensions granted.  The Court will look unfavorably upon any further non-emergent requests for an extension of time to file the sur-reply.

## ORDER

Accordingly, IT IS HEREBY ORDERED that the United States' request for an extension of time (Doc. No. 180) is GRANTED and the United States shall file a sur-reply no later than November 12, 2019.

IT IS SO ORDERED.

Dated:   November 5, 2019

_____
SENIOR DISTRICT JUDGE