HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Attorney for Defendant-Movant
LLOYD GEORGE KENNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:12-cr-00266-AWI-BAM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **[PROPOSED]** SEALING ORDER |
| LLOYD GEORGE KENNEY, | ) JUDGE: Hon. Anthony W. Ishii |
| Defendant-Movant. | ) |

IT IS HEREBY ORDERED that the Request to Seal Exhibit A to Defendant-Movant's Request for Expedited Ruling Re Defendant's Motion Pursuant to 28 U.S.C. § 2255 in Light of COVID-19 Pandemic be granted so that medical information is not available on the public docket. The Request and its Exhibit A are to be provided to the Court and Assistant United States Attorney Kathleen A. Servatius. These documents shall remain under seal until further Order of the Court.

IT IS SO ORDERED.

Dated:  May 27, 2020                                  _____
                                                                            SENIOR DISTRICT JUDGE